AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

LAWRENCE W. BURCH, II

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 03-CV-387VEB

v.

SUPERINTENDENT CHRIST T. MILLAS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is Granted and his conviction in Chatauqua County Court for second degree (aggravated) sexual abuse is hereby vacated.  Petitioner has already completed his sentence and is no longer in custody.  Should the state choose to re-prosecute Burch, it must commence criminal proceedings against him within sixty (60) days from entry of this judgment.

Date: August 17, 2009                    MICHAEL J. ROEMER, CLERK

By: s/Suzanne Grunzweig
     Deputy Clerk